**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| SEVEN NETWORKS, LLC, <br><br> Movant, <br><br> v. <br><br> CEQUEL III COMMUNICATIONS I, LLC D/B/A SUDDENLINK COMMUNICATIONS, AND CABLE ONE, INC. <br><br> Respondents. | CIVIL ACTION NO. 3:18–MC–00017-G |

## SEVEN NETWORKS' NOTICE OF DISMISSAL OF MOTION TO COMPEL SUDDENLINK AND CABLE ONE TO PROVIDE INSPECTIONS OF GOOGLE'S SERVERS AND SERVER ROOMS

SEVEN Networks, LLC, hereby notifies the Court that it voluntarily dismisses the above-captioned miscellaneous case. SEVEN asks that the action be administratively closed.

Dated: February 23, 2018

Respectfully submitted,

*/s/ Max Ciccarelli*

| | |
|---|---|
| **Bruce S. Sostek**<br>  State Bar No. 18855700<br>  Bruce.Sostek@tklaw.com<br>**Max Ciccarelli**<br>  State Bar No. 00787242<br>  Max.Ciccarelli@tklaw.com<br>**Richard L. Wynne, Jr.**<br>  State Bar No. 24003214<br>  Richard.Wynne@tklaw.com<br>**Vishal Patel**<br>  State Bar No. 24065885<br>  Vishal.Patel@tklaw.com<br>**Nadia Haghighatian**<br>  State Bar No. 24087652<br>  Nadia.Haghighatian@tklaw.com<br>**Austin Teng**<br>  State Bar No. 24093247<br>  Austin.Teng@tklaw.com<br>**Matt Cornelia**<br>  State Bar No. 24097534<br>  Matt.Cornelia@tklaw.com<br>**THOMPSON & KNIGHT LLP**<br>One Arts Plaza<br>1722 Routh St., Suite 1500<br>Dallas, Texas 75201<br>214.969.1700<br>214.969.1751 (Fax) | **Samuel F. Baxter**<br>  Texas State Bar No. 01938000<br>  sbaxter@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>104 E. Houston Street, Suite 300<br>Marshall, Texas 75670<br>Telephone: (903) 923-9000<br>Facsimile: (903) 923-9099<br><br>**Theodore Stevenson, III**<br>  Texas State Bar No. 19196650<br>  tstevenson@mckoolsmith.com<br>**Eric S. Hansen**<br>  Texas State Bar No. 24062763<br>  ehansen@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Telecopier: (214) 978-4044 |

**ATTORNEYS FOR PLAINTIFF**
**SEVEN NETWORKS LLC**

## CERTIFICATE OF SERVICE

I certify that on February 23, 2018, a true and correct copy of the foregoing document and was served on counsel for Suddenlink and Cable One via email and Certified Mail, Return Receipt Requested to the below address:

Robinson Vu
Baker Botts LLP
910 Louisiana Street, Suite 3000
Houston, Texas 77022-4495
Robinson.Vu@BakerBotts.com

                                                */s/ Max Ciccarelli*
                                                  Max Ciccarelli